## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                      :      Chapter 13

STEVEN JAY BEKOFF                          :

        Debtor              :      Bankruptcy No. 11-14023bf
_____

STEVEN JAY BEKOFF                          :

        Plaintiff           :

        v.                  :

POLICE AND FIRE FEDERAL CREDIT             :
UNION
        Defendant           :      Adversary No. 11-0863
_____

...................................................

## ORDER

...................................................

AND NOW, this 24th day of February 2012, for the reasons given in the accompanying statement, it is hereby ordered that the secured claim of the Police and Fire Federal Credit Union is bifurcated, pursuant to 11 U.S.C. § 506(a), into an allowed secured claim of $21,250.00, and an allowed unsecured claim in the amount of $8,548.87.

_____
BRUCE FOX
United States Bankruptcy Judge

Copies to:

Mr. Steven Jay Bekoff
202 Remington Road
Broomall, PA 19008

Jennifer Song, Esq.
Regional Bankruptcy Center
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Mitchell B. Klein, Esq.
Police & Fire Federal Credit Union
901 Arch Street
Philadelphia, PA 19107